1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>12828 MOB LLC,<br><br>　　　　Defendant. | No. 2:23-cv-06232-JAK (Ex)<br><br>**ORDER RE ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION (DKT. 7)** |

1

On August 28, 2023, Defendant filed an Application for Stay and Early Mediation (the "Application," (Dkt. 7)). On September 11, 2023, Plaintiff filed a response stating her non-opposition to the Application. Dkt. 11. Based on a review of these materials, it is determined that an early mediation is warranted because it may result in conserving party and judicial resources. Therefore, the Application is **GRANTED**.

This action is stayed until December 11, 2023, to permit the completion of the early mediation process. A separate order will issue that refers the parties to the ADR Program. Counsel shall comply with all requirements of that order and any other order that is issued by the Court.

If a settlement is reached, counsel shall file a notice of settlement by the earlier of December 11, 2023, or within 10 days of the entry of the settlement agreement, which shall include a date by which it is expected that a request for dismissal will be filed. If a settlement is not reached, counsel shall file a Joint Rule 16(b)/26(f) Report by the earlier of 10 days from when that determination is made, or December 11, 2023, which shall include a statement as to the procedural status of the parties' settlement efforts, whether discussions are ongoing, and whether a further session with the panel mediator is anticipated and, if so, when that is expected to occur. Based upon a review of the Joint Report, an order will issue with respect to future deadlines in this proceeding.

**IT IS SO ORDERED.**

Dated: September 13, 2023

John A. Kronstadt
United States District Judge